# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| JACOB ROBERTS ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 18-00753-CV-W-FJG |
| | ) |
| MT. HAWLEY INSURANCE COMPANY, ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Currently pending before the Court is plaintiffs' Motion to Dismiss with Prejudice (Doc. # 42). Plaintiffs state that the matter has settled and plaintiffs therefore request that the Court dismiss this action. For good cause shown and with no opposition indicated, the Court hereby **GRANTS** plaintiffs' Motion to Dismiss and hereby **DISMISSES** the above entitled action with **PREJUDICE**.

Date: April 15, 2019
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**
Fernando J. Gaitan, Jr.
United States District Judge